**Rene ROBINSON, Plaintiff–Appellant,**

**v.**

**EQUIFAX; Experian; Transunion, Board Members and/All Employee et seq., Defendants–Appellees.**

No. 11–1125.

United States Court of Appeals, Fourth Circuit.

Submitted: April 21, 2011.

Decided: April 27, 2011.

Rene Robinson, Appellant pro se. Tasheika Hinson, Jones Day, Atlanta, Georgia; Ginny E. Hawkinson, Strasburger & Price, LLP, Frisco, Texas; Barry Goheen, King & Spalding, LLP, Atlanta, Georgia, for Appellees.

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rene Robinson appeals the district court's order dismissing her complaint against Equifax, Experian, and Transunion, for allegedly violating the Fair Credit Reporting Act, 15 U.S.C. §§ 1681–1681(u) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Robinson v. Experian,* No. 4:10–cv–00084–BO, 2011 WL 285232 (E.D.N.C. Jan. 26, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*